**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Spokane County v. Eli Lilly and Company*, *et al.*, Case No. 2:23-cv-22847-BRM-RLS | CASE NO. 2:23-md-03080 (BRM)(RLS)<br>MDL No. 3080<br><br>JUDGE BRIAN R. MARTINOTTI<br><br>JUDGE RUKHSANAH L. SINGH<br><br>**MOTION TO SUBSTITUTE COUNSEL** |

COMES NOW, Attorney Devin C. Curda, on behalf of Spokane County, and for its Motion to Substitute, states:

1. Senior Deputy Prosecuting Attorney Christopher A. Anderson is no longer assigned to this case.

2. Deputy Prosecuting Attorney Devin C. Curda, has been assigned to this case and will substitute as counsel of record for Spokane County.

3. The County continues to be represented in this litigation by Attorney David Ko and the law firm of Keller Rohrback L.L.P.

WHEREFORE, the County respectfully moves the Court to issue an order substituting Deputy Prosecuting Attorney Devin C. Curda in place of Christopher A. Anderson as counsel of record for Plaintiff Spokane County in this matter.

Dated: February 26, 2025.

Respectfully submitted,

By: s/ *Devin C. Curda*

Devin C. Curda, WSBA #57616
Senior Deputy Prosecuting Attorney
Spokane Prosecutor's Office
**SPOKANE COUNTY, WASHINGTON**
1115 W Broadway Ave.
Spokane, Washington 99201
Telephone: (509) 477-3662
dcurda@spokanecounty.gov

By: s/ *David J. Ko*

David J. Ko, WSBA #38299
Derek W. Loeser, WSBA #24274
Juli E. Farris, WSBA #17593
Laura R. Gerber, WSBA #34981
Matthew M. Gerend, WSBA #43276
Rachel C. Bowanko, WSBA #61298
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 428-0563
dko@kellerrohrback.com
dloeser@kellerrohrback.com
jfarris@kellerrohrback.com
lgerber@kellerrohrback.com
mgerend@kellerrohrback.com
rbowanko@kellerrohrback.com

***Attorneys for Plaintiff***